IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELLIS CROFT | : | |
| | : | NO. 95-496-1 |

# **ORDER**

**AND NOW**, this 9th day of July, 2020, upon consideration of Defendant Ellis Croft's "Application for Modification of Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) as a Result of COVID-19" (Docket No. 230), all documents filed in connection therewith, and the Oral Argument held on June 17, 2020 by videoconference, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Croft's previously imposed sentence of 410 months' imprisonment is **REDUCED** to time served.

3. Croft shall provide the complete address for where he will reside upon release to the probation office in the district where he will be released.

4. This Order is **STAYED** for up to 14 days to verify Croft's residence, to establish a release plan, to make appropriate travel arrangements, and to ensure Croft's safe release, upon which Croft shall be immediately released.

5. If more than 14 days are needed to verify Croft's residence, to establish a release plan, to make appropriate travel arrangements, and to ensure Croft's safe release, the parties shall immediately notify the Court and show cause why the stay should be extended.

2

6. Upon his release from custody, Croft shall begin serving his previously imposed 5-year term of supervised release, and the previously imposed conditions of supervised release are unchanged.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.